# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 18-cr-30043 |
| ) | |
| NATHANIEL STONE, JEREMIE STONE, ) | |
| and AMBER DAVIS, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES **Jeff Page,** counsel for Defendant, **Jeremie Stone** and in support of his Motion To Withdraw As Attorney Of Record, states to this Honorable Court as follows:

1. On November 23, 2020, the undersigned was appointed to represent Defendant in the above-captioned cause.

2. Upon a review of the discovery and pre-trial disclosures in this matter, the undersigned counsel for Defendant has realized that he has a conflict of interest in this matter.

3. The undersigned counsel has communicated said conflict with Assistant United States Attorney Matthew Weir.

WHEREFORE, Jeff Page, the undersigned counsel for Defendant, prays that this Honorable Court grant his Motion for the reason set forth herein and appoint Defendant conflict free counsel to represent him in this matter and for such other and further relief as this Court deems and just and equitable.

Respectfully Submitted,

By: **s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone: (217) 522-2216
Fax: (217) 523-2549
E-mail: jeffpagelawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, the foregoing document filed electronically, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Matthew Weir | matthew.weir@usdoj.gov |
| Jason R. Vincent | jvincent@delanolaw.com |
| Richard Kim | richard.kim@usdoj.gov |
| William L. Vig | bill@vig-law.com |

**s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone:   (217) 522-2216
Fax:         (217) 523-2549
E-mail:   jeffpagelawoffice@yahoo.com