E-FILED
Wednesday, 08 September, 2021  04:03:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  18-cr-30043 |
| | ) | |
| JEREMIE STONE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S BRIEF IN SUPPORT OF SENTENCING BY VIDEO CONFERENCE

1. Sentencing in this matter is currently set for September 17, 2021.

2. The Court has directed the parties to file a brief stating whether they consent to sentencing by video conference and, if so, justifying to the Court their recommendation.

3. The United States is currently experiencing a second wave of the COVID-19 pandemic. This has made it very difficult for in-person court proceedings to be conducted. Further, this has in some cases delayed the effective administration of justice. In Mr. Stone's case, he is ready to begin his period of imprisonment and take advantage of certain Bureau of Prison programs. Conducting

the hearing by video will avoid unnecessary delay, prevent harm to the interests of justice by ensuring the effective administration of justice, preserving valuable court resources and providing finality of judgment. It will also ensure the continued protection of the public in preventing the spread of COVID-19.

4. Counsel for Mr. Stone has spoken to Assistant United States Attorney Matthew Weir who agrees with the justification that has been stated above for video sentencing.

5. Therefore, the parties request the sentencing to be held by video.

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 544-9609
E-mail: dfultz@bhslaw.com
mfleischli@bhslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Matthew Weir
Matthew.Weir@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Jeremie Stone

                                  **BROWN, HAY & STEPHENS, LLP**

                                  By:   /s/ Daniel L. Fultz
                                            Daniel L. Fultz
                                            Reg. No. 6282911
                                            **BROWN, HAY & STEPHENS, LLP**
                                            205 South Fifth Street
                                            P.O. Box 2459
                                            Springfield, IL 62705
                                            Telephone: (217) 544-8491
                                            Fax: (217) 544-9609
                                            E-mail:  dfultz@bhslaw.com
                                                                   mfleischli@bhslaw.com